RICHARD G. HESTON, Bar No, 90738
HALLI B. HESTON, Bar No. 90737
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 280
Irvine, CA  92612
(949) 222-1041 (949) 222-1043 Fax
rheston@hestonlaw.com

Attorneys for Debtor

**FILED & ENTERED**

APR 18 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus  DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-10239-TA |
| JERRY CHARLES MASON, | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL FOR THE DEBTOR JERRY CHARLES MASON** |
| | LBR 2091-1(a); LBR 9013-1(p)] |

The Court having read and considered the Motion to be Relieved as Counsel filed by attorney Richard G. Heston on March 28, 2023, Docket Number 22 and notice having been duly given, no opposition having been filed and good cause appearing therefore,

//
//
//
//
//
//
//
//

1

_____
**Order Granting Motion to be Relieved as Counsel for the Debtor**

IT IS HEREBY ORDERED:

That the Motion is granted and attorney Richard G. Heston of the firm of Heston & Heston, Attorneys at Law is hereby relieved as counsel of record for Debtor JERRY CHARLES MASON.

###

Date: April 18, 2023

Theodor C. Albert
United States Bankruptcy Judge

**Order Granting Motion to be Relieved as Counsel for the Debtor**